UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ,<br><br>                    Petitioner,<br><br>     v.<br><br>TIMOTHY GARRETT, *et al.*,<br><br>                    Respondents. | Case No. 3:23-cv-00241-ART-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Gregroy A. Fritz, represented by appointed counsel, was due to file an amended habeas petition by November 20, 2023. (*See* ECF No. 12.) On November 20, 2023, Fritz filed a motion for extension of time (ECF No. 13), requesting an extension of 91 days, to February 19, 2024. Fritz's counsel explains that the extension of time is necessary because of the time required to investigate this case and because of his obligations in other cases. Fritz's counsel represents that Respondents do not oppose the extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion.

In granting this motion for extension of time, the Court does not make any comment upon, or affect in any manner, the operation of any applicable statute of limitations.

///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 13) is granted. Petitioner will have until and including February 19, 2024, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) will remain in effect.

DATED THIS 27th day of November 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE