UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ, | Case No. 3:23-cv-00241-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period (ECF No. 12) and then a 91-day extension of time (ECF No. 14), Petitioner Gregroy A. Fritz, represented by appointed counsel, was due to file an amended habeas petition by February 20, 2024 (February 19 was a holiday). On February 20, 2024, Fritz filed a motion for extension of time (ECF No. 17), requesting an extension of 83 days, to May 13, 2024. Fritz's counsel explains that the extension of time is necessary because of the time required to gather the record and investigate the case and because of their obligations in other cases. Fritz's counsel represents that Respondents do not oppose the extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant the motion.

In granting this motion for extension of time, the Court does not make any comment upon, or affect in any manner, the operation of any applicable statute of limitations.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 17) is granted. Petitioner will have until and including May 13, 2024, to file his amended habeas petition. In all other respects, the schedule for further

1

proceedings set forth in the order entered August 21, 2023 (ECF No. 12) will remain in effect.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Nethanjah Breitenbach is substituted for Timothy Garrett as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 12th day of March 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE