UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ, | Case No. 3:23-cv-00241-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Gregroy A. Fritz, represented by appointed counsel, filed an amended habeas petition on May 13, 2024. (ECF No. 19.) On that same date, along with the amended petition, Fritz also filed a motion for leave to file a second amended petition. (ECF No. 20.) Respondents filed an opposition to that motion on May 23, 2024. (ECF No. 21.) Fritz was then due to file a reply in support of the motion by May 30, 2024. *See* LR 7-2(b).

On May 30, 2024, Fritz filed a motion for extension of time (ECF No. 22), requesting an extension of 12 days, to June 11, 2024. Fritz's counsel explains that the extension of time is necessary because of the time required to draft the proposed second amended petition and because of obligations in other cases. Fritz's counsel represents that Respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 22) is granted. Petitioner will have until and including June 11, 2024, to file a reply in support of the motion for leave to file a second amended habeas petition.

DATED THIS 5th day of June 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2