UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ, | Case No. 3:23-cv-00241-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Gregroy A. Fritz, represented by appointed counsel, has filed a second amended habeas petition. Respondents were due to respond to the second amended petition by August 19, 2024. On August 16, 2024, Respondents filed a motion for extension of time (ECF No. 30), requesting an extension of 60 days, to October 18, 2024. Respondents' counsel explains that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Fritz does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Extension of Time (ECF No. 30) is granted. Respondents will have until and including October 18, 2024, to file an answer or other response to the second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

Dated this 20th day of August, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1