UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:23-cv-00241-ART-CLB<br><br>ORDER |

　　In this habeas corpus action, Petitioner Gregroy A. Fritz, represented by appointed counsel, has filed a second amended habeas petition. After a 60-day initial period and a 60-day extension, Respondents were due to respond to the second amended petition by October 18, 2024. (*See* ECF Nos. 27, 31.) On October 18, Respondents filed a motion for extension of time (ECF No. 32), requesting a further 45-day extension, to December 2, 2024. Respondents' counsel explains that the extension is necessary because of their obligations in other cases. Respondents' counsel represents that Fritz does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

　　It is therefore ordered that Respondents' Motion for Extension of Time (ECF No. 32) is granted. Respondents will have until and including December 2, 2024, to file an answer or other response to the second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

　　Dated this 24th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1