# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ, | Case No. 3:23-cv-00241-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Gregroy A. Fritz, represented by appointed counsel, has filed a second amended habeas petition. (ECF No. 19.) After a 60-day initial period, a 60-day extension, and a 45-day extension, Respondents were due to respond to the second amended petition by December 2, 2024. (*See* ECF Nos. 27, 31, 33.) On November 25, Respondents filed a motion for extension of time (ECF No. 34), requesting a further extension to January 24, which would be a 53-day extension. Respondents' counsel explains that the extension is necessary because of their medical/health issues and obligations in other cases. Respondents' counsel represents that Fritz does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

In light of the prior extensions, the Court will not look favorably upon any motion to further extend this deadline.

It is therefore ordered that Respondents' Motion for Extension of Time (ECF No. 34) is granted. Respondents will have until and including January 24, 2025, to file an answer or other response to the second amended habeas petition. In all

1

other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

Dated this 5th day of December, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE