UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:23-cv-00241-ART-CLB<br><br>ORDER |

　　In this habeas corpus action, the respondents filed a motion to dismiss on January 24, 2025. (ECF No. 44.) Petitioner Gregory A. Fritz, who is represented by appointed counsel, was due on March 25, 2025, to file a response to that motion. (*See* ECF No. 12.) On March 25, Fritz filed a motion for extension of time, requesting a 90-day extension, to June 23, 2025. (ECF No. 46.) Fritz's counsel explains that the extension is necessary because of parental leave and obligations in other cases. Fritz's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

　　It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 46) is granted. Petitioner will have until and including June 23, 2025, to file a response to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

　　Dated this 3rd day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1