UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY A. FRITZ, | Case No. 3:23-cv-00241-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents filed a motion to dismiss on January 24, 2025. (ECF No. 44.) After a 60-day initial period and then a 90-day extension, Petitioner Gregory A. Fritz, who is represented by appointed counsel, was due on June 23, 2025, to file a response to that motion. (*See* ECF Nos. 12, 47.) On June 23, Fritz filed a motion for extension of time, requesting a further 15-day extension, to July 8, 2025. (ECF No. 48.) Fritz's counsel explains that the extension is necessary because of obligations in other cases. Fritz's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 48) is granted. Petitioner will have until and including July 8, 2025, to file a response to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

Dated this 1st day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1