UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY A. FRITZ,

    Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

    Respondents.

Case No. 3:23-cv-00241-ART-CLB

ORDER

    In this habeas corpus action, the respondents filed a motion to dismiss on January 24, 2025. (ECF No. 44.) The petitioner, Gregory A. Fritz, represented by appointed counsel, filed an opposition to that motion on July 8. (ECF No. 50.) Respondents were due to file a reply by August 7. (*See* ECF No. 12.), Respondents filed a motion for extension of time on August 7, requesting a 14-day extension, to August 21. (ECF No. 51.) Respondents' counsel states that the extension is necessary because of obligations in other cases and time away from work. Respondents' counsel represents that Fritz does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

    It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 51) is granted. Respondents will have until and including August 21, 2025, to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

    Dated this 8th day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1