UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY A. FRITZ,

                Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

                Respondents.

Case No. 3:23-cv-00241-ART-CLB

ORDER

In this habeas corpus action, the respondents were due to file their answer by December 15, 2025. (*See* ECF No. 54 (90 days from September 15, 2025, the date the order was entered). On December 11, 2025, Respondents filed a motion for extension of time, requesting an extension to February 10, 2026—a 57-day extension. (ECF No. 55.) Respondents' counsel represents that the extension is necessary because of their obligations in other cases and that Petitioner Gregory A. Fritz, who is represented by appointed counsel, does not oppose the request. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 55) is granted. Respondents will have until and including February 10, 2026, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

DATED THIS 18th day of December, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1