UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY A. FRITZ,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:23-cv-00241-ART-CLB

ORDER

In this habeas corpus action, after a 90-day initial period and a 57-day extension, the respondents were due to file their answer by February 10, 2026. (*See* ECF Nos. 54, 56). On February 10, Respondents filed a motion for extension of time, requesting a further 35-day extension, to March 17. (ECF No. 57.) Respondents' counsel represents that the extension is necessary because of obligations in other cases and an injury, and represents that Petitioner Gregory A. Fritz, who is represented by appointed counsel, does not oppose the request. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 57) is granted. Respondents will have until and including March 17, 2026, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect.

DATED THIS 13th day of February, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1