UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY A. FRITZ,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:23-cv-00241-ART-CLB

ORDER

In this habeas corpus action, the respondents were due to file their answer by April 16, 2026. (*See* ECF Nos. 54, 56, 58, 60.) On April 16, Respondents filed a motion for extension of time, requesting a 5-day extension, to April 21, 2026. (ECF No. 61.) On April 21, Respondents filed their answer, as contemplated in their motion for extension of time. (ECF No. 63.) Respondents' counsel represents that Petitioner Gregory A. Fritz, who is represented by appointed counsel, does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 61) is granted. Respondents' answer (ECF No. 63) will be treated as timely filed. In all other respects, the schedule for further proceedings set forth in the order entered August 21, 2023 (ECF No. 12) remains in effect. Petitioner's reply is due June 5, 2026.

DATED THIS 27th day of April, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1