UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY A. FRITZ,

Petitioner,

v.

NETHANJAH BRUTENBACH,

Respondents.

Case No. 3:23-cv-00241-ART-CLB

ORDER

Petitioner Gregory A. Fritz seeks an enlargement of time to file his reply. ECF Nos. 65, 66. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 65) is granted *nunc pro tunc*.

It is further ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 66) is granted. Petitioner has until November 2, 2026, to file his reply.

DATED THIS 15th day October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE